**ORDERED.**

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31318/0063788053

Dated: February 01, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-30857-EWH |
| Carlos M. Encinas and Lorena Encinas<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>    vs. | ORDER<br><br>(Related to Docket #9) |
| Carlos M. Encinas and Lorena Encinas, Debtors,<br>Gayle E. Mills, Trustee.<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

PARCEL 1:
L01 61 of LIBERTY MANOR ESTATES, Pima County, Arizona, according to the plat of record in the office of the Pima County Recorder in Book 36 of Maps, page 40.

PARCEL 2:
A portion of Common Area "A" in LIBERTY MANOR ESTATES, LOTS 1 THRU 114, TRACT "A" AND COMMON AREA" A", according to the map or plat thereof of record in the office of tile County Recorder of Pima County, Arizona, in Book 36 of Maps and Plats, at Page 40 thereof, being described as follows:

Beginning at tile southeast corner of Lot 61 in said LIBERTY MANOR ESTATES, LOTS 1 THRU 114, TRACT "A" I\ND COMMON AREA "A";

Tilence South 89 0 19'35" West, along the line common to said Lot 61 and Common Area" A", a distance of 32.00 feet, to its intersection with the West line of 'said Lot 61 ;

Thence South 00°08'00" East, along the Soutllerly prolongation of said West line of Lot 61, a distance of 10.00 feet. to its intersection wittl the South line of said LIBERTY MANOR ESTATES, LOTS 1 THRU 114, TRACT "A" AND COMMON AREA "A";

Thence North 89 0 19'35" East, along said South subdivision line, being the South line of said Common Area "A", a distance .of 32.00 feet, to its .intersection with the Southerly prolongation of the East line of said Lot 61 ;

Tilence North 00°08'00" West along said Southerly prolongation, a distance of 10.00 feet, to the Southeast corner of said Lot 61, being the Point of Beginning.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.